

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00670-CR

Simon Rene **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10101
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 9, 2015.

_____
Patricia O. Alvarez, Justice